June 30, 2006

Mr. William S. Hommel Jr.
Williams S. Hommel, Jr., P.C.
3304 S. Broadway, Suite 100
Tyler, TX 75701
Ms. Melanie S. Reyes
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, TX 75701

RE: Case Number: 04-0813
 Court of Appeals Number: 12-03-00170-CV
 Trial Court Number: 45,962-A

Style: CITY OF TYLER, TEXAS
 v.
 TIMOTHY L. BECK AND SUSAN G. BECK

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to the trial court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Judy Carnes|